**CHANGES MADE BY COURT**

The following constitutes
the order of the court. Signed August 17, 2018

_Charles Novack_
Charles Novack
U.S. Bankruptcy Judge

Michelle R. Ghidotti-Gonsalves, Esq.
Jennifer R. Bergh, Esq. (305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorneys for Movant
Franklin Credit Management Corporation
Servicing Agent for Bosco Credit LLC its
Successors and Assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>Antonette Marie Solorio,<br><br>    Debtor. | Case No.: 16-41605<br><br>CHAPTER 13<br><br>REF.: MRG-1<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE: April 28, 2017<br>TIME: 10:00 a.m.<br>CTRM: 215<br>PLACE: U.S. Bankruptcy Court<br>          1300 Clay Street<br>          Oakland, CA 94612<br><br>Honorable Charles Novack |

    Franklin Credit Management Corporation as Servicing Agent for Bosco Credit LLC its Successors and Assigns, ("Movant"), filed a Motion for Relief from the Automatic Stay with respect to the real property located at 1887 Travertine Way, Union City, CA 94587 (the "**Property**"), which was heard before the Honorable Charles Novack, United States Bankruptcy Judge, on April 28, 2017. Movant and the Debtors were represented by their respective counsel at the hearing. Based on the pleadings and other documentation on file herein, oral argument, and good cause appearing therefore,

1

**IT IS THEREFORE ORDERED** that:

1. ~~All stays, including but not limited to any injunction, restraining order, and the~~ The automatic stay provided by 11 U.S.C. § 362(a) ~~are~~ is terminated as to Movant, its successors and assigns with respect to the Property; CN

2. Movant may take any and all action necessary and appropriate to enforce its interest against the Property, including, but not limited to, declaring all sums secured by the Deed of Trust to be immediately due and payable; exercising any assignment of rents; bringing a foreclosure action in any Court of competent jurisdiction; noticing, conducting or continuing a non-judicial foreclosure or Trustee's Sale; applying the proceeds therefrom as authorized by the Deed of Trust and applicable state law; taking any action to obtain complete possession of the Property without further order of this Court.

3. The 14 day stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST